# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**RUBY CHRISTINE ODOM AND JAMES ODOM**                      **PLAINTIFFS**

**V.**                               **CIVIL ACTION NO. 1:08-CV-299-SA-JAD**

**AMERICAN NONWOVENS CORPORATION, et al.**                  **DEFENDANTS**

## ORDER

At this time, the Court denies Plaintiffs' Motion for Default Judgment [30]. Plaintiffs may, however, reurge the motion at trial of this matter if they wish to do so.

So ordered on this, the 18th day of February, 2010.

                                                    **/s/ Sharion Aycock**
                                                    **UNITED STATES DISTRICT JUDGE**